UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

cc: USPO

```
UNITED STATES OF AMERICA      )
                              )
           Plaintiff,         )
                              )    2:08-cr-01206-JHN-1
     -v-                      )
                              )        *AMENDED*
Heather Lynn Castro,          )    JUDGMENT AND COMMITMENT ORDER
                              )    TERMINATING SUPERVISED RELEASE
           Defendant,         )
                              )
------------------------------
```

   NOW on this 30th day of April, 2012, the defendant is present with counsel, and having admitted to the allegations as set forth in the Petition on Probation and Supervised Release filed on March 22, 2012, the Court finds that the defendant is in violation of his/her supervised release and orders that the supervised release imposed on Judgment and Commitment Order filed August 24, 2009, is revoked and

   IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a term of **12 months and one day**. Upon completion of the sentence, supervision is ordered terminated. The Court recommends that the defendant receive drug and mental health treatment while incarcerated. The Special Assessment and the restitution obligations are both reimposed. The Special Assessment balance due is $75.00 and $3,933.00 is ordered payable in restitution.

FILED: May 2, 2012
TERRI NAFISI, Clerk

_____
JACQUELINE H. NGUYEN
United States District Court Judge